UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELIZABETH SANCHEZ CORDERO,

                        Plaintiff,

        -against-

POLICE DEPARTMENT, *Human Resources Division,*

                    Defendant.

1:25-CV-5605 (LTS)

ORDER DIRECTING SIGNATURE

LAURA TAYLOR SWAIN, Chief United States District Judge:

Plaintiff brings this action *pro se*. The in forma pauperis application that Plaintiff submitted is unsigned. Rule 11(a) of the Federal Rules of Civil Procedure provides that "[e]very pleading, written motion, and other paper must be signed . . . by a party personally if the party is unrepresented." Fed. R. Civ. P. 11(a); *see Becker v. Montgomery*, 532 U.S. 757, 764 (2001) (interpreting Rule 11(a) to require, "as it did in John Hancock's day, a name handwritten (or a mark handplaced)").

Plaintiff is directed to sign and submit the attached the attached "Plaintiff's Certification and Warnings" within 30 days of the date of this order. No summons or answer shall issue at this time. If Plaintiff complies with this order, the case shall be processed in accordance with the procedures of the Clerk's Office. If Plaintiff fails to comply with this order within the time allowed, the action will be dismissed without prejudice.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that appellant

demonstrates good faith when seeking review of a nonfrivolous issue).

SO ORDERED.

Dated:    July 14, 2025
          New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                     Chief United States District Judge

(c) Pension, annuity, or life insurance payments — ☐ Yes ☑ No

(d) Disability or worker's compensation payments — ☐ Yes ☑ No

(e) Gifts or inheritances — ☐ Yes ☑ No

(f) Any other public benefits (unemployment, social security, food stamps, veteran's, etc.) — ☑ Yes ☐ No

(g) Any other sources — ☐ Yes ☑ No

If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.

If you answered "No" to all of the questions above, explain how you are paying your expenses:

4. How much money do you have in cash or in a checking, savings, or inmate account? **NO**

5. Do you own any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value, including any item of value held in someone else's name? If so, describe the property and its approximate value:

**NO**

6. Do you have any housing, transportation, utilities, or loan payments, or other regular monthly expenses? If so, describe and provide the amount of the monthly expense: can Loand owe 28,000 Medical Bill ooe Amount 5,000. Credit car Bll, ove 25,000. Rent peynd 2.386.81. owe owing call cost 2823,5000 oot nousend Lete Peyndmen t. To Canlord. Electract Bill 6720 Gas Bill water Bill 45,770.

7. List all people who are dependent on you for support, your relationship with each person, and how much you contribute to their support (only provide initials for minors under 18):

A. B. B.

8. Do you have any debts or financial obligations not described above? If so, describe the amounts owed and to whom they are payable: I owe Money To National Bonk. to water Bill, com Edison. National Grid, Credit card, loond by famlly frinds Medical Bill. Phone Bill Verizon Fio.

*Declaration:* I declare under penalty of perjury that the above information is true. I understand that a false statement may result in a dismissal of my claims.

07-07-2005
**Dated**

**Signature**

Sanchez Cordero Elizabeth
**Name (Last, First, MI)**

**Prison Identification # (if incarcerated)**

259 23 Francis lews Blvd.    N.Y. Rosedale 11422
**Address**    **City**    **State**    **Zip Code**

516-760-7220-
**Telephone Number**

Selizabeth5936@gmail.com
**E-mail Address (if available)**