**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x

**CORDERO**                                    :
                                               :
                          **Plaintiff,**    :          **1:25-cv-5605** (ALC)
                                               :
           **-against-**                       :          **ORDER**
                                               :
**POLICE DEPARTMENT**                          :
                                               :
                         **Defendants.**    :
-------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

On January 12, 2026, the Court received a letter from Plaintiff requesting tomorrow's

conference be held in-person. This request is DENIED, as the conference does not involve video

technology. Plaintiff only needs to call the Court at 1-855-244-8681 (access code:

2305-3700-226#) tomorrow at 4 pm.


**SO ORDERED.**


**Dated:**   January 12, 2026

    **New York, New York**                          **ANDREW L. CARTER, JR.**
                                                        **United States District Judge**