UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

CORDERO                                             :
                                                    :
                                    Plaintiff,      :          1:25-cv-5605 (ALC)
                                                    :
              -against-                             :          **ORDER**
                                                    :
POLICE DEPARTMENT                                   :
                                                    :
                                    Defendants.     :

-------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

       Following up from the January 13, 2026 telephonic conference, Plaintiff is

ORDERED to file an Amended Complaint by February 13, 2026. Both Parties are

ORDERED to email their settlement position (the amount of money requested) by March 2,

2026 to ALCarterNYSDChambers@nysd.uscourts.gov.

       The Parties should appear in person at the Thurgood Marshall United States

Courthouse, 40 Foley Square, in Courtroom 444 on March 5, 2026 at 2:30 p.m for a

settlement conference.

**Dated:** January 13, 2026
**SO ORDERED.**
          **New York, New York**

                                  **ANDREW L. CARTER, JR.**
                                  **United States District Judge**