UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

CORDERO                                            :
                                                   :
                              Plaintiff,           :        1:25-cv-5605 (ALC)
                                                   :
         -against-                                 :        **ORDER**
                                                   :
POLICE DEPARTMENT                                  :
                                                   :
                              Defendants.          :

---------------------------------------------------------------x

ANDREW L. CARTER, JR., United States District Judge:


The settlement conference has been rescheduled to March 5, 2026 at 10 AM.


Dated:    February 6, 2026
SO ORDERED.
              New York, New York                    _____
                                                         ANDREW L. CARTER, JR.
                                                         United States District Judge