UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

CORDERO                                          :
                                                 :
                        Plaintiff,               :        1:25-cv-5605 (ALC)
                                                 :
        -against-                                :        **ORDER**
                                                 :
POLICE DEPARTMENT                                :
                                                 :
                        Defendants.              :

-----------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

The Parties are ORDERED to file a joint status report by March 26, 2026 with the status of settlement.

The Defendant's answer to the Amended Complaint is stayed *sine die* for purposes of settlement.

Dated:   March 12, 2026
SO ORDERED.
                  **New York, New York**

                                   **ANDREW L. CARTER, JR.**
                                   **United States District Judge**