UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

CORDERO

                            Plaintiff,    :       1:25-cv-5605 (ALC)

           -against-            :       **ORDER**

POLICE DEPARTMENT

                       Defendants.   :

------------------------------------------------------------x

ANDREW L. CARTER, JR., United States District Judge:

The Parties are ORDERED to file a joint status report by May 1, 2026 with the status of settlement.

Dated:   April 29, 2026
SO ORDERED.
              New York, New York

                                   **ANDREW L. CARTER, JR.**
                                   **United States District Judge**