**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **CORDERO**<br><br>**Plaintiff,**<br><br>**-against-**<br><br>**CITY OF NEW YORK**<br><br>**Defendant.** | **25-cv-5605 (ALC)**<br><br>**<u>ORDER OF DISCONTINUANCE</u>** |

**ANDREW L. CARTER, JR., United States District Judge:**

It having been reported to the Court that settlement has been reached in principle, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within sixty days.

**SO ORDERED.**

Dated: July 14, 2026
New York, New York

**ANDREW L. CARTER, JR.**
**United States District Judge**